1  Jeffrey I. Hasson                                    Honorable Justin L. Quackenbush
   Attorney at Law
2  Davenport & Hasson, LLP
   12707 NE. Halsey Street
3  Portland, OR  97230
   Phone: (503) 255-5352
4  Facsimile No.: (503) 255-6124
   E-Mail: hasson@dhlaw.biz
5  Washington State Bar No. 23741

6      Attorney for CBS Collections, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF WASHINGTON

10 RONALD E. SCHAEFER,                    | Case No.: CV-11-459-JLQ

11     Plaintiff,                         | ANSWER, AFFIRMATIVE DEFENSES
                                          | AND COUNTERCLAIM OF CBS
12 vs.                                    | COLLECTIONS, INC.

13 CBS COLLECTIONS, INC.;

14     Defendant.

15     COMES NOW CBS Collections, Inc. (CBS), without waiving any objections,

16 rights, and defenses relating to jurisdiction and process, hereby answers Plaintiff's

17 Complaint ("Plaintiff's Complaint") as follows:

18                              I.  ANSWER

19     1.1    CBS admits this is an action for damages and remedies against the

20 Defendant pursuant to the named statute, and denies liability, and denies the

ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM          **DAVENPORT & HASSON, LLP**
OF CBS COLLECTIONS, INC. - 1                               Attorneys at Law
Case No. CV-11-459-JLQ                                   12707 NE. Halsey Street
                                                          Portland, OR  97230
                                                      Telephone No. (503) 255-5352
                                                      Facsimile No. (503) 255-6124

1    remaining allegations contained in Paragraph 1 of Plaintiff's Complaint.

2        1.2    CBS admits this is an action for damages and remedies against the

3    Defendant pursuant to the named statute, and denies liability, and denies the

4    remaining allegations contained in Paragraph 2 of Plaintiff's Complaint.

5        1.3    CBS admits this is an action for damages and remedies against the

6    Defendant pursuant to the named statute, and denies liability, and denies the

7    remaining allegations contained in Paragraph 3 of Plaintiff's Complaint.

8        1.4    CBS admits this is an action for damages and remedies against the

9    Defendant, and denies liability, and denies the remaining allegations contained in

10    Paragraph 4 of Plaintiff's Complaint.

11        1.5    CBS admits this Court has jurisdiction over claims under the Fair Debt

12    Collection Practices Act, 15 USC § 1692 et seq. (FDCPA) and Fair Credit Reporting

13    Act, 15 USC § 1681 et seq. (FCRA), but denies liability under the same, and, by that

14    reason there is no subject matter jurisdiction, and therefore denies the remaining

15    allegations contained in Paragraph 5 of Plaintiff's Complaint.

16        1.6    CBS admit CBS resides within the jurisdiction of this Court, and lacks

17    sufficient information to admits or deny the allegations set forth in Paragraph 6 of

18    Plaintiff's Complaint related to Plaintiff ,and deny the remaining allegations

19    contained in Paragraph 6 of Plaintiff's Complaint.

20        1.7    CBS lacks sufficient information to admits or deny the allegations set

ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM
OF CBS COLLECTIONS, INC. - 2
Case No. CV-11-459-JLQ

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  forth in Paragraph 7 of Plaintiff's Complaint, and thereby denies the same.

2      1.8    CBS lacks sufficient information to admits or deny the allegations set

3  forth in Paragraph 8 of Plaintiff's Complaint, and thereby denies the same.

4      1.9    CBS lacks sufficient information to admits or deny the allegations set

5  forth in Paragraph 9 of Plaintiff's Complaint, and thereby denies the same.

6      1.10   CBS lacks sufficient information to admits or deny the allegations set

7  forth in Paragraph 10 of Plaintiff's Complaint, and thereby denies the same.

8      1.11   CBS admits the allegations contained in Paragraph 11 of Plaintiff's

9  Complaint.

10     1.12   CBS admits the remaining allegations contained in Paragraph 12 of

11  Plaintiff's Complaint.

12     1.13   CBS admits the remaining allegations contained in Paragraph 13 of

13  Plaintiff's Complaint.

14     1.14   CBS admits the remaining allegations contained in Paragraph 14 of

15  Plaintiff's Complaint.

16     1.15   CBS admits the remaining allegations contained in Paragraph 15 of

17  Plaintiff's Complaint.

18     1.16   CBS admits the remaining allegations contained in Paragraph 16 of

19  Plaintiff's Complaint.

20     1.17   CBS admits it is a debt collector and a licensed collection agency, and

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1    lacks sufficient information to admits or deny the remaining allegations set forth in

2    Paragraph 17 of Plaintiff's Complaint, and thereby denies the same.

3        1.18   CBS lacks sufficient information to admits or deny the allegations set

4    forth in Paragraph 18 of Plaintiff's Complaint, and thereby denies the same.

5        1.19   CBS lacks sufficient information to admits or deny the allegations set

6    forth in Paragraph 19 of Plaintiff's Complaint, and thereby denies the same.

7        1.20   CBS lacks sufficient information to admits or deny the allegations set

8    forth in Paragraph 20 of Plaintiff's Complaint, and thereby denies the same.

9        1.21   CBS lacks sufficient information to admits or deny the allegations set

10   forth in Paragraph 21 of Plaintiff's Complaint, and thereby denies the same.

11       1.22   CBS lacks sufficient information to admits or deny the allegations set

12   forth in Paragraph 22 of Plaintiff's Complaint, and thereby denies the same.

13       1.23   The FCRA speaks for itself, and CBS has no obligation to admit or

14   deny the allegations set forth in Paragraph 23 relating to what is in the FCRA.

15       1.24   The FCRA and WFCRA speak for themselves, and CBS has no

16   obligation to admit or deny the allegations set forth in Paragraph 24 relating to what

17   is in the FCRA, or WFCRA.

18       1.25   The FCRA speaks for itself, and CBS has no obligation to admit or

19   deny the allegations set forth in Paragraph 25 relating to what is in the FCRA.

20       1.26   The WFCRA speaks for itself, and CBS has no obligation to admit or

ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM
OF CBS COLLECTIONS, INC. - 4
Case No. CV-11-459-JLQ

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1    deny the allegations set forth in Paragraph 26 relating to what is in the WFCRA.

2        1.27    CBS lacks sufficient information to admits or deny the allegations set

3    forth in Paragraph 27 of Plaintiff's Complaint, and thereby denies the same.

4        1.28    CBS admits Plaintiff corresponded with CBS on or about May 11,

5    2011, and that correspondence speaks for itself, and CBS denies the remaining

6    allegations contained in Paragraph 28 of Plaintiff's Complaint.

7        1.29    CBS admits CBS corresponded with Plaintiff on or about May 17,

8    2011, and that correspondence speaks for itself, and CBS denies the remaining

9    allegations contained in Paragraph 29 of Plaintiff's Complaint.

10        1.30    CBS admits Plaintiff corresponded with CBS on or about June 7, 2011,

11    and that correspondence speaks for itself, and CBS denies the remaining allegations

12    contained in Paragraph 30 of Plaintiff's Complaint.

13        1.31    CBS admits Plaintiff corresponded with CBS on or about June 7, 2011,

14    and that correspondence speaks for itself, and CBS denies the remaining allegations

15    contained in Paragraph 31 of Plaintiff's Complaint.

16        1.32    The FCRA speaks for itself, and CBS has no obligation to admit or

17    deny the allegations set forth in Paragraph 32 relating to what is in the FCRA.

18        1.33    CBS denies the allegations contained in Paragraph 33 of Plaintiff's

19    Complaint.

20        1.34    CBS denies the allegations contained in Paragraph 34 of Plaintiff's

ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM
OF CBS COLLECTIONS, INC. - 5
Case No. CV-11-459-JLQ

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  Complaint.

2      1.35   CBS lacks sufficient information to admits or deny the allegations set

3  forth in Paragraph 35 of Plaintiff's Complaint, and thereby denies the same.

4      1.36   CBS denies allegations contained in Paragraph 36 of Plaintiff's

5  Complaint about CBS, and CBS lacks sufficient information to admits or deny the

6  remaining allegations set forth in Paragraph 36 of Plaintiff's Complaint, and thereby

7  denies the same.

8      1.37   CBS denies allegations contained in Paragraph 37 of Plaintiff's

9  Complaint.

10      1.38   CBS denies allegations contained in Paragraph 38 of Plaintiff's

11  Complaint.

12      1.39   CBS denies allegations contained in Paragraph 39 of Plaintiff's

13  Complaint.

14      1.40   CBS admits it was attempting to collect an assigned account from

15  Plaintiff, and denies the remaining allegations contained in Paragraph 40 of

16  Plaintiff's Complaint.

17      1.41   CBS denies allegations contained in Paragraph 41 of Plaintiff's

18  Complaint.

19      1.42   CBS denies allegations contained in Paragraph 42 of Plaintiff's

20  Complaint.

ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM
OF CBS COLLECTIONS, INC. - 6
Case No. CV-11-459-JLQ

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1.43    CBS denies allegations contained in Paragraph 43 of Plaintiff's

Complaint.

1.44    The FCRA speaks for itself, and CBS has no obligation to admit or

deny the allegations set forth in Paragraph 44 relating to what is in the FCRA.

1.45    CBS denies allegations contained in Paragraph 45 of Plaintiff's

Complaint.

1.46    CBS denies allegations contained in Paragraph 46 of Plaintiff's

Complaint.

1.47    The FCRA and WFCRA speak for themselves, and CBS has no

obligation to admit or deny the allegations set forth in Paragraph 47 relating to what

is in the FCRA or WFCRA, and deny the remaining allegations contained in

Paragraph 47 of Plaintiff's Complaint.

1.48    CBS denies allegations contained in Paragraph 48 of Plaintiff's

Complaint.

1.49    CBS denies allegations contained in Paragraph 49 of Plaintiff's

Complaint.

1.50    CBS admits and denies the allegations made in Paragraph 50 of

Plaintiff's Complaint as set forth in Paragraphs 1.1 through 1.49 above.

1.51    CBS denies allegations contained in Paragraph 51 of Plaintiff's

Complaint.

ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM
OF CBS COLLECTIONS, INC. - 7
Case No. CV-11-459-JLQ

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1   1.52   CBS admits and denies the allegations made in Paragraph 52 of

2   Plaintiff's Complaint as set forth in Paragraphs 1.1 through 1.51 above.

3   1.53   CBS denies allegations contained in Paragraph 53 of Plaintiff's

4   Complaint.

5   1.54   CBS admits and denies the allegations made in Paragraph 54 of

6   Plaintiff's Complaint as set forth in Paragraphs 1.1 through 1.53 above.

7   1.55   CBS denies allegations contained in Paragraph 55 of Plaintiff's

8   Complaint.

9   1.56   CBS admits and denies the allegations made in Paragraph 56 of

10   Plaintiff's Complaint as set forth in Paragraphs 1.1 through 1.55 above.

11   1.57   CBS denies allegations contained in Paragraph 57 of Plaintiff's

12   Complaint.

13   1.58   CBS admits and denies the allegations made in Paragraph 58 of

14   Plaintiff's Complaint as set forth in Paragraphs 1.1 through 1.57 above.

15   1.59   CBS denies allegations contained in Paragraph 59 of Plaintiff's

16   Complaint.

17   1.60   CBS admits and denies the allegations made in Paragraph 60 of

18   Plaintiff's Complaint as set forth in Paragraphs 1.1 through 1.59 above.

19   1.61   CBS denies allegations contained in Paragraph 61 of Plaintiff's

20   Complaint.

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1.62    CBS admits and denies the allegations made in Paragraph 62 of Plaintiff's Complaint as set forth in Paragraphs 1.1 through 1.61 above.

1.63    CBS denies allegations contained in Paragraph 63 of Plaintiff's Complaint.

1.64    CBS admits and denies the allegations made in Paragraph 64 of Plaintiff's Complaint as set forth in Paragraphs 1.1 through 1.63 above.

1.65    CBS denies allegations contained in Paragraph 65 of Plaintiff's Complaint.

1.66    CBS admits and denies the allegations made in Paragraph 66 of Plaintiff's Complaint as set forth in Paragraphs 1.1 through 1.65 above.

1.67    CBS denies allegations contained in Paragraph 67 of Plaintiff's Complaint.

1.68    CBS admits and denies the allegations made in Paragraph 68 of Plaintiff's Complaint as set forth in Paragraphs 1.1 through 1.67 above.

1.69    Except as so admitted, CBS denies each and every allegation in Plaintiff's Complaint.

## II. AFFIRMATIVE DEFENSES

Having answered Plaintiff's complaint, CBS alleges the following affirmative defenses.

2.1.    **Failure to State Claims**.  All of Plaintiff's Claims fail to state claims

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1   upon which relief can be granted because Plaintiff had a permissible purpose to

2   obtain a credit report on Plaintiff.

3          2.2.   **Failure to State Claims**.  All of Plaintiff's State Claims are preempted

4   by the Federal Statutes such that they fail to state a claim.

5          2.3.   **Lack of Standing**.  Plaintiff lacks standing to bring any claim for relief.

6          2.4.   **Unclean Hands, Estoppel, Laches and or Waiver**.  Plaintiff's claims

7   are barred by the doctrine of unclean hands, estoppel, laches and or waiver in that

8   Plaintiff owes and assigned account to Defendant.

9          2.5.   **Lack of Subject Matter Jurisdiction**.  Since CBS had was assigned an

10  account against Plaintiff for collection, there is no subject matter jurisdiction on a

11  claim under the FDCPA, FCRA, or any of the other alleged theories for obtaining a

12  credit report without a permissible purpose.

13         2.6.   **Res  Judicata**.  Plaintiff's claims are barred by the doctrine of res

14  judicata because of the State Court collection action by CBS against Plaintiff.

15         2.7.   **Collateral Estoppel**.  Plaintiff's claims are barred by the doctrine of

16  collateral estoppel because of the State Court collection action by CBS against

17  Plaintiff.

18         2.8.   **Statute of Limitations**.  Plaintiff's claims were brought outside of the

19  statute of limitations.

20

ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM
OF CBS COLLECTIONS, INC. - 10
Case No. CV-11-459-JLQ

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1

### III. COUNTERCLAIMS

2

3.1     CBS is entitled to its attorney fees for defending Plaintiff's claims.

3

### IV. PRAYER

4

Wherefore having fully answered Plaintiff's complaint, having interposed

5

affirmative defenses, CBS pray for the following relief:

6

4.1.    Dismissal of the Action with prejudice, and with costs and attorney fees

7

to CBS.

8

4.2.    For such other and further relief as may be provided by law.

9

Dated   February 13, 2012.

10

DAVENPORT & HASSON, LLP

11

s/ Jeffrey I. Hasson
WSBA No. 23741

12

Davenport & Hasson, LLP
12707 NE Halsey St.

13

Portland, OR 97230
Telephone:  (503) 255-5352

14

Fax:  (503) 255-6124
E-Mail:  hasson@dhlaw.biz

15

***Attorney for CBS Collections, Inc.***

16

17

18

19

20

ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM
OF CBS COLLECTIONS, INC. - 11
Case No. CV-11-459-JLQ

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1        Certificate of Service

2        I hereby certify that on <u>February 13, 2012</u>, I electronically filed the
foregoing with the Clerk of the Court using the CM/ECF System which will send

3    notification of such filing to the following: and I hereby certify that I have mailed
by United States Postal Service the document to the following non-CM/ECF

4    participants:

5        Ronald E. Schaefer
504 E. 2nd Ave.

6        Ritzville, WA 99169

7                                s/ Jeffrey I. Hasson
                                 Jeffrey I. Hasson, WSBA#23741

8                                Attorney for CBS
                                 Davenport & Hasson, LLP

9                                12707 NE Halsey St.
                                 Portland, OR 97230

10                               Phone: (503) 255-5352
                                 Facsimile: (503) 255-6124

11                               E-Mail: hasson@dhlaw.biz

12

13

14

15

16

17

18

19

20

CERTIFICATE OF SERVICE - 1
Case No. CV-11-459-JLQ

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124