1  Jeffrey I. Hasson                          Honorable Justin L. Quackenbush
   Attorney at Law
2  Davenport & Hasson, LLP
   12707 NE. Halsey Street
3  Portland, OR  97230
   Phone: (503) 255-5352
4  Facsimile No.: (503) 255-6124
   E-Mail: hasson@dhlaw.biz
5  Washington State Bar No. 23741

6       Attorney for CBS Collections, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF WASHINGTON

10 RONALD E. SCHAEFER,              Case No.: CV-11-459-JLQ

11      Plaintiff,                  CORPORATE DISCLOSURE
                                    STATEMENT OF CBS
12 vs.                              COLLECTIONS, INC.

13 CBS COLLECTIONS, INC.,

14                Defendant.

15 TO: RONALD E. SCHAEFER, Plaintiff,

16 AND TO:  THE CLERK OF THE UNITED STATES DISTRICT COURT FOR

17 THE EASTERN DISTRICT OF WASHINGTON;

18

19

20

CORPORATE DISCLOSURE STATEMENT OF CBS COLLECTIONS, INC. - 1
Case No. CV-11-459-JLQ

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1   YOU AND EACH OF YOU are hereby notified that the undersigned CBS

2  Collections, Inc. is a Washington domestic corporation, and is not a publicly held

3  corporation, or the subsidiary of the same.

4   Dated February 13, 2012.

5                                       DAVENPORT & HASSON, LLP

6                                       s/ Jeffrey I. Hasson
                                        WSBA No. 23741
7                                       Davenport & Hasson, LLP
                                        12707 NE Halsey St.
8                                       Portland, OR 97230
                                        Telephone:  (503) 255-5352
9                                       Fax:  (503) 255-6124
                                        E-Mail:  hasson@dhlaw.biz
10
                                        ***Attorney for CBS Collections, Inc.***
11

12

13

14

15

16

17

18

19

20

CORPORATE DISCLOSURE STATEMENT OF CBS
COLLECTIONS, INC. - 2
Case No. CV-11-459-JLQ

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  Certificate of Service

2  I hereby certify that on February 13, 2012, I electronically filed the
3  foregoing with the Clerk of the Court using the CM/ECF System which will send
   notification of such filing to the following: and I hereby certify that I have mailed
   by United States Postal Service the document to the following non-CM/ECF
4  participants:

5  Ronald E. Schaefer
   504 E. 2nd Ave.
6  Ritzville, WA 99169

7  s/ Jeffrey I. Hasson
   Jeffrey I. Hasson, WSBA#23741
8  Attorney for CBS
   Davenport & Hasson, LLP
9  12707 NE Halsey St.
   Portland, OR 97230
10 Phone: (503) 255-5352
   Facsimile: (503) 255-6124
11 E-Mail: hasson@dhlaw.biz

12

13

14

15

16

17

18

19

20

CERTIFICATE OF SERVICE - 1
Case No. CV-11-459-JLQ

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124