# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD E. SCHAEFER, | No. CV-11-0459-JLQ |
| Plaintiff, | ORDER DENYING AS MOOT MOTION TO DISMISS |
| vs. | |
| CBS COLLECTIONS, INC., | |
| Defendant. | |

BEFORE THE COURT is *pro se* Plaintiff Ronald Schaefer's Motion to Dismiss Defendant's Counterclaim (ECF No. 13). Defendant has voluntarily dismissed its Counterclaim without prejudice (ECF No. 31). Accordingly,

**IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss Defendant's Counterclaim (ECF No. 13) is **DENIED AS MOOT**.

2. Defendant's Counterclaim is dismissed without prejudice. Dismissal of the Counterclaim does not preclude Defendant from later pursuing a motion for attorney fees under 15 U.S.C. § 1681o or 15 U.S.C. § 1692k. The court makes no judgment as to the merits of such a motion.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel and to Mr. Schaefer.

**DATED** this 29th day of March, 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1