# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| RONALD SCHAEFER, | | Case No. CV-11-459-JLQ |
| --- | --- | --- |
| | Plaintiff, | **CIVIL MINUTES** |
| vs. | | DATE: APRIL 5, 2012 |
| CBS COLLECTIONS, INC., | | |
| | Defendant. | **TELEPHONIC SCHEDULING CONFERENCE** |

| | **Judge Justin L. Quackenbush** | |
| --- | --- | --- |
| Lee Ann Mauk | Jeremy Johnson | NO |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Ronald Schaefer, Pro Se | Courtney Cross | |
| **Plaintiff - Pro Se** | **Defendant's Counsel** | |

[ x ]  Telecon

Court, Mr. Schaefer and Mr. Cross present, telephonic scheduling conference held. Status of the case discussed.

**Dates set:**
Discovery completed:  7/31/12
Dispositive motions filed:  9/4/12

No further dates set at this time.

See court's **Scheduling Order** for ALL dates and deadlines.

| CONVENED: 1:32 PM | ADJOURNED: 1:58 PM | TIME: 00/26 | CALENDARED [  ] |
| --- | --- | --- | --- |