AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

RONALD E. SCHAEFER,

    Plaintiff,

    v.

CBS COLLECTIONS, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-459-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Partial Summary Judgment is granted.  Defendant is granted summary judgment on the FCRA claims (Counts I though IV) and the FDCPA claim (Count IX).  Judgment is hereby entered in favor of Defendant, dismissing Counts I through IV and Count IX of the Complaint and the claims therein with prejudice.  Counts V through VIII and X of the Complaint are also dismissed, without prejudice.

June 12, 2012  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Penny Lamb  
*(By) Deputy Clerk*  
Penny Lamb